DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SANDEEP SETHI,

Appellant/Cross-Appellee,

v.

CHAPEL PINES HOMEOWNERS ASSOCIATION, INC.,

Appellee/Cross-Appellant.

Nos. 2D21-953, 2D22-35
CONSOLIDATED

_____

September 15, 2023

Appeal from the Circuit Court for Pasco County; Kent Compton, Judge.

Scott Haas of S Haas Law, Tampa, for Appellant/Cross-Appellee.

Jonathan J. Ellis and Jason W. Davis of Shumaker, Loop & Kendrick, LLP, Tampa, for Appellee/Cross-Appellant.


PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.